Roger WALDNER, Plaintiff–Appellant,

v.

NORTH AMERICAN TRUCK & TRAILER, INC.; Sioux Falls Kenworth, Inc.; Mid–States Acceptance Corp.; Carolina Commercial Truck Sales, LLC; Sioux Falls Trailer Sales, Inc.; William R. Rush; Karen A. Rush; Frederick C. Lovrien, M.D.; Allison Boade, M.D.; Kathy Watkins; Kathy Williams; Karen Snow; Marcy Thormodsgaard; Kerry Schmidt; Richard V. Long; Parliman & Parliman; Cadwell, Sanford, Deibert & Garry; Brett Alan Lovrien; Willey, O'Brien & Hanrahan, LC; Renee K. Hanrahan; Breit Law Offices, PC; Glenn Boomsma; Brendtro Law Office; Zimmer, Duncan & Cole, LLP; Daniel Kenneth Brendtro; Rice & Ewinger; Curt R. Ewinger, Defendants–Appellees.

Sutton Law Offices; Terry Sutton, Defendants.

Baron, Sar, Goodwin, Gill & Lohr; A. Frank Baron; Paccar, Inc., Defendants–Appellees.

Volvo Truck Corporation, Defendant.

Utility Trailer Mfg.; Fishback Financial Corporation; First Bank & Trust, formerly known as First National Bank; Wallwork Financial Corporation; Wells Fargo Bank North Dakota, NA; US Bancorp Leasing and Financial; Eide Bailly, LLP; McGladrey & Pullen, LLP; East Vander Woude & Grant Co. PC; Thurman, Comes, Foley & Co., LLP; Utility Trailer Sales of Central California, Inc.; Warner Truck Center of Utah; John Hauknecht, Agent, Warner Truck Center of Utah; Denton Haber; Action Carrier, Inc.; Michael L. Walsh; Wendy L. Walsh; Galley W. Smith; Bradley Hartke; Douglas Hartke, Defendants–Appellees.

Community Bank of Winslow, formerly known as Winslow–Warren State Bank; Robert Lyvers; Terri Rose; Val Guenzler; Cheyanne Doyle, Defendants.

Scott Donald Wiele, Defendant–Appellee.

Mark Faris, Defendant.

Jack Makler, Defendant–Appellee.

Peter Hueser; James R. Skrzypek, Defendants.

Donald Webb; Mark Thomas Geis; Richard D'Martini; Timothy Mueller; Jane Does 1–14; John Does 1–14; Robert Thomas Moore; A. Thomas Pokela; Werner Boade, Defendants–Appellees.

No. 13–3490.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 2, 2014.

Filed: Dec. 5, 2014.

Roger Waldner, Yankton, SD, pro se.

william Fuller, Hilary Lynn Williamson, Fuller & Williamson, Cesar A. Juarez, Jeffrey L. Bratkiewicz, Kathryn J. Hoskins, Siegel & Barnett, Paul Henry Linde, Michael John Schaffer, Schaffer Law Office, Jason Robert–Feil Sutton, Thomas J. Welk, Meghan K. Woster, Vince Roche, Davenport & Evans, Michael L. Luce, Murphy & Goldammer, Roger Damgaard, Sander J. Morehead, Justin G. Smith, Blayne Hagen, James Ellis Moore, Woods & Fuller, Lee A. Magnuson, Lindquist & Vennum, Eric Kerkvliet, Dana Van Beek Palmer, Lynn & Jackson, Robert L. Mea-
dors Brende & Schroeder Sioux Falls, SD, Peter A. Koller, Moss & Barnett, Minneapolis, MN, Robert C. Riter, Jr. Riter & Rogers, Pierre, SD, Thomas Peyton Johnson, Ann Tuxbury Lebeck, Davis & Graham, Denver, CO, for Defendants–Appellees.

Karen Snow, Beresford, SD, pro se.

Action Carrier, Inc., Watertown, SD, pro se.

Michael L. Walsh, Watertown, SD, pro se.

Wendy L. Walsh, Watertown, SD, pro se.

Scott Donald Wiele, pro se.

Donald Webb, Michigan City, IN, pro se.

Mark Thomas Geis, Eau Claire, WI, pro se.

Timothy Mueller, Dubuque, IA, pro se.

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Roger Waldner appeals from the adverse judgment of the District Court[1] in his action under the Racketeer Influenced and Corrupt Organizations Act (RICO) entered after the court granted defendants' various motions and dismissed sua sponte the few remaining claims. Upon careful consideration of the issues Waldner raises on appeal,[2] we find no basis for reversal.

1. The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.

2. Waldner has dropped his appeal from orders disposing of his claims against some defendants, and we decline to consider claims that he has waived by not including any meaningful arguments on appeal. See Williams v. Decker, 767 F.3d 734, 743 n. 3 (8th Cir.2014).

The judgment of the District Court is affirmed. *See* 8th Cir. R. 47B.